■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCISCO SALDANA, Appellant. [989 NYS2d 896]—Appeal by the defendant, as limited by his motion, from a sentence of the

Supreme Court, Kings County (D'Emic, J.), imposed March 28, 2012, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's purported waiver of his right to appeal was invalid (*see People v Bradshaw*, 18 NY3d 257, 265 [2011]; *People v Lopez*, 6 NY3d 248, 257 [2006]; *People v Donohue*, 118 AD3d 908 [2014]; *People v Jones*, 117 AD3d 878 [2014]) and, thus, does not preclude review of his excessive sentence claim. However, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Rivera, Leventhal and Sgroi, JJ., concur.